1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID WYNN MILLER and JANE FRANCES LOFRANCO, | ) ) ) | Case No.: 5:12-CV-04110 EJD |
| Plaintiffs, | ) ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| GREENPOINT MORTGAGE FUNDING INC.; MARIN CONVEYANCE CORP. (TRUSTEE); and LEAH BURKE, | ) ) ) ) | |
| Defendants. | ) | |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs filed their Complaint on August 3, 2012. See Docket Item No. 1. The Complaint appears to consist of miscellaneous words, symbols, and numbers. On August 23, 2012 Defendant Greenpoint Mortgage Funding, Inc. filed a Motion to Dismiss Plaintiff's Complaint. See Docket Item No. 3. Plaintiffs have not filed an opposition or statement of non-opposition to this Motion.

The Court hereby orders Plaintiffs to show cause as to why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiffs to file an untimely opposition to the Motion to Dismiss. Plaintiffs have until December 17, 2012 to file a response to this Order. If Plaintiffs do not, by **December 17, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the Order to Show Cause unless otherwise ordered by the Court.

 **IT IS SO ORDERED**

Dated: December 4, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-CV-04110 EJD
ORDER TO SHOW CAUSE

United States District Court
For the Northern District of California