**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID-WYNN MILLER, et. al., | CASE NO. 5:12-cv-04110 EJD |
| Plaintiff(s), | **ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et. al., | |
| Defendant(s). | |

In light of the Order to Show Cause issued on December 4, 2012 (see Docket Item No. 11), the hearing on Defendant's Motion to Dismiss and the Case Management Conference, both scheduled for December 7, 2012, are VACATED.

**IT IS SO ORDERED.**

Dated: December 4, 2012

EDWARD J. DAVILA
United States District Judge